**STATE of Missouri, Respondent,**

**v.**

**Robert Dean BETHEL, Appellant.**

**No. ED 101620**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: October 20, 2015

Matthew J. Kallial, P.O. Box 50271, Clayton, MO 63105, for Appellant.

Chris Koster, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lisa S. Van Amburg, C.J., and Lawrence E. Mooney, J.

### ORDER

### PER CURIAM

Robert D. Bethel appeals from the judgment entered upon a jury verdict finding him guilty of two counts of violation of an order of protection, Sections 455.500, 455.501, 455.538 RSMo.; one count of kidnapping, Section 565,110 RSMo.; and one count of armed criminal action, Section 571.015 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).